IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 25 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

VS.        NO. 4:06CR00107 SWW

LEIFEL GENTRY HUDSPETH

## ORDER

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond/detention hearing following his/her posting bond or otherwise arranging terms of release from the custody of the federal, state, county, or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U. S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his/her release on the criminal charges, the United States Marshal shall assume custody of the above-named Defendant and transport him/her to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED, this 25th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE