## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                          NO. 4:06CR00107-001 SWW

LEIFEL GENTRY HUDSPETH

### ORDER

Following defendant's entry of a guilty plea to the Indictment on on October 4, 2006, the Court conducted a hearing on the matter of defendant's bond.  For the reasons set for on the record, the Court found that defendant's conditions of release would not be revoked at this time but instead should be modified.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include special conditions as follows:

1. Defendant shall continue to live at the home of his mother, Vanessa Jackson.  He shall be in home detention without electronic monitoring.  If defendant is not at work, he must be at home or have permission from the Probation Office to leave home.

2. Defendant must maintain employment and give his work schedule to the Probation Office every week and maintain contact with Pretrial Services as directed.

3. Defendant is not to have any contact with his wife. He is not to see her, telephone her or write notes to her.  If Defendant's wife attempts to contact him and he is in contact with her as a result, he will be in violation of these conditions of release.  Defendant may not use others to contact his wife in his behalf but may contact his wife through his attorney or through the Probation Office.

4. Defendant must support the children and must get

      money to his wife through a relative or someone other than his mother.  There is to be no contact between defendant and his wife.

5.    Under the guidance and supervision of the Probation Office, defendant is to participate in mental health counseling, particularly domestic violence and/ or anger management counseling.

All other conditions of release previously imposed shall remain in full force and effect.

IT IS SO ORDERED this 4th day of October, 2006.

                                      /s/Susan Webber Wright

                                      UNITED STATES DISTRICT JUDGE