## United States District Court

for the

### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leifel Gentry Hudspeth     Case Number: 4:06CR00107-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                               United States District Judge

Offense:                   Felon in possession of a firearm

Date of Sentence:       January 31, 2007

Sentence:                 30 months Bureau of Prisons, 3 years supervised release, drug testing, substance abuse treatment, DNA, and $100 Special penalty assessment

Type of Supervision:    Supervised release       Date Supervision Commenced: January 22, 2009
                                                                        Expiration Date: January 21, 2012

Asst. U.S. Attorney: Edward Walker          Defense Attorney: Jerome Kearney

U.S. Probation Officer: Paul A. Washington
Phone No.: 501-604-5282

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in a residential re-entry center for a period of time not to exceed six months, under the guidance and supervision of the U.S. Probation Office.**

### CAUSE

On April 2, 2009, the Court was notified of Mr. Hudspeth's submission of positive urine samples for the presence of cocaine and PCP on February 9 and March 17, 2009. The Court was also notified of Mr. Hudspeth's failure to attend his initial substance abuse treatment appointments on February 12 and March 11, 2009, and his failure to report for code-a-phone testing on March 12 and 13, 2009. No action was requested at that time, as Mr. Hudspeth admitted to having a substance abuse problem in which he could not manage and was referred to residential substance abuse treatment through Recovery Centers of Arkansas to be followed by chemical free living. Mr. Hudspeth completed the inpatient portion of this treatment process on May 4, 2009, and transitioned to chemical free living. However, he was unsuccessfully discharged from chemical free living on May 13, 2009, due to non-compliance with rules, specifically failure to honor curfew.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Leifel Hudspeth          Case Number: 4:06CR00107-001 SWW

Upon discharge, Mr. Hudspeth was informed of his requirement to continue to attend substance abuse treatment on an outpatient basis. However, he failed to attend treatment, both group and individual, on June 4 and 24, and July 9, 16, 23, and 30, 2009. He also failed to report for code-a-phone testing on May 19, 2009. Mr. Hudspeth secured employment with the Faded Rose restaurant in Little Rock, Arkansas on May 20, 2009.

Based on the above listed violations, it is felt that Mr. Hudspeth would benefit from the structure of provided by residential re-entry center placement. On July 7, 2009, Mr. Hudspeth agreed to have his term of supervised release modified to include a residential reentry center placement for up to six months. He signed the attached Waiver of Hearing to Modify Conditions of Probation. Federal Public Defender Jerome Kearney was contacted and is in agreement with this modification.

_____          _____
Paul A. Washington                       Edward Walker
U.S. Probation Officer                   Assistant U.S. Attorney

Date: August 10, 2009                    Date:     AUGUST 13, 2009


This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✔]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

August 24, 2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:
_____
Supervising U.S. Probation Officer

PAW/ khm

Case 4:06-cr-00107-SWW   Document 34   Filed 08/24/09   Page 3 of 4

Prob 12B                              -3-                      Request for Modifying the
                                                               Conditions or Terms of Supervision
                                                               with Consent of the Offender

Name of Offender:  Leifel Hudspeth                        Case Number:  4:06CR00107-001 SWW

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Assistant U.S. Attorney, Edward Walker, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in a residential re-entry center for a period of time not to exceed six months, under the guidance and supervision of the U.S. Probation Office**

Witness: _____    Signed: _____
U.S. Probation Officer                                Probationer or Supervised Releasee

7-7-09
DATE